IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:95-CR-5-FDW-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER GRANTING ADMISSION** |
| | ) | *PRO HAC VICE* |
| MARC PIERRE HALL, | ) | |
| Defendant | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 910) concerning George Bundy Smith, filed August 15, 2012. Mr. Smith seeks to appear as counsel *pro hac vice* for Defendant Marc Pierre Hall.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Smith is admitted to appear before this court *pro hac vice* on behalf of Defendant Marc Pierre Hall.

**SO ORDERED**.

Signed: August 17, 2012

David C. Keesler
United States Magistrate Judge