UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:95-cr-5-FDW-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| MARC PIERRE HALL, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on several *pro se* Motions filed by the Defendant in which he seeks, *inter alia*, relief under the First Step Act and the Fair Sentencing Act. (Doc. Nos. 989, 990, 991, 992, 994, 1004, 1006, 1015). Upon consideration of the Motions and the record of prior proceedings, the Court determines that the United States Attorney should respond to Petitioner's Motions and file a proposed order for the Court's consideration.

**IT IS, THEREFORE, ORDERED t**hat the United States shall file an Answer or other responsive pleading to Defendant's pending Motions, (Doc. Nos. 989, 990, 991, 992, 994, 1004, 1006, 1015), along with a proposed order within thirty (30) days from entry of this Order.

Signed: February 6, 2020

Frank D. Whitney
Chief United States District Judge