# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:95-cr-5-FDW-1

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| **MARC PIERRE HALL,** ) | |
| ) | |
| **Defendant.** ) | |

**THIS MATTER** is before the Court on its own motion and on several *pro se* Motions filed by the Defendant.

On February 7, 2020, the Court ordered the Government to show cause why relief should not be granted on several pending *pro se* Motions in which Defendant sought, *inter alia*, the representation of counsel. (Doc. No. 1017); see (Doc. Nos. 989). The Office of the Federal Public Defender entered an appearance for Defendant on February 26, 2020, (Doc. No. 1019), and moved to stay this action pending further review of the case and to allow counsel to discuss the case with Defendant, (Doc. No. 1020). On March 16, 2020 the Court granted defense counsel's unopposed Motion a stay the case for 60 days to allow counsel to file a further motion or a status report. (Doc. No. 1021). Defendant subsequently filed *pro se* Motions in which he appears to indicate that he does not desire the representation of counsel in this matter. See (Doc. Nos. 1023, 1025). Defendant also filed what appears to be a Motion for Compassionate Release. (Doc. No. 1026).

The Office of the Federal Public Defender is hereby instructed to confer with Defendant and include in its response to the show cause order whether Defendant consents to continued

1

representation or whether counsel will be moving to withdraw from further representation.

**IT IS, THEREFORE, ORDERED** that the Office of the Federal Public Defender shall file a Notice within **twenty (20) days** of this Order informing the Court of the status of its continued representation in this case.

**IT IS FURTHER ORDERED** that the Government shall respond to the Motion for Compassionate Release (Doc. No. 1026). The Government shall have **sixty (60) days** from the date of this Order to file its response with the Court. The Government shall advise the United States Probation Office if the Government believes a supplemental Presentence Investigation Report will be required.

**IT IS SO ORDERED.**

Signed: April 29, 2020

_____
Frank D. Whitney
Chief United States District Judge