UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:95-cr-00005-FDW

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | |
| (1) MARC PIERRE HALL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER is before the Court on Defendant's *pro se* Motion for Reduced Sentence under the First Step Act of 2018 (Doc. No. 1053) and Motion for Appointment of Counsel (Doc. No. 1055).

The Court hereby ORDERS the Government to also respond to this motion while complying with this Court's previous order (Doc. No. 1052). The Government shall have **fifty-five (55) days** from the date of this Order to file its response with the Court. The Government shall advise the United States Probation Office if the Government believes a supplemental Presentence Investigation Report will be required.

With respect to the Motion to Appoint Counsel, criminal defendants have no right to counsel beyond their first appeal. E.g., United States v. Kenny, No. 3:01-cr-00185-FDW, 2020 WL 2094116, at *1 (W.D.N.C. Apr. 30, 2020); United States v. Ismel, No. 3:94-CR-00008-1, 2012 WL 113392, at *1 (W.D. Va. Jan. 13, 2012). Defendant has not shown extraordinary circumstances warranting the appointment of counsel at this time. The Motion (Doc. No. 1055) is therefore DENIED.

1

IT IS SO ORDERED.

Signed: November 10, 2020

Frank D. Whitney
United States District Judge