UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:95-cr-00005-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>vs. )<br>) ORDER<br>MARC PIERRE HALL, )<br>)<br>Defendant. )<br>) | |

THIS MATTER is before the Court on several motions filed by Defendant, who appears pro se, asking this Court to reduce his sentence pursuant to section 404 of the First Step Act of 2018, Pub. L. 115-135 (2018), and for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(a). (Doc. Nos. 1048, 1053). The Government responded in opposition to Defendant's motions, (Doc. No. 1065), and Defendant filed a reply brief (Doc. No. 1068). Defendant subsequently supplemented his original motions with the filing of additional evidence and argument on the docket. (Doc. Nos. 1069, 1071, 1076).

While the bulk of Defendant's compassionate release motions relate to the threat of COVID-19, which is addressed in the Government's response, Defendant's reply brief and other filings supplementing his original motions raise new issues, including the argument that "extraordinary and compelling" reasons exist to reduce the sentence imposed on his conviction for Count 11 in violation of 18 U.S.C. § 924(c)(1). The Court finds that supplemental briefing would be helpful to the Court.

IT IS THEREFORE ORDERED that the Government shall file a supplemental brief addressing Defendant's arguments that have been raised in his supplemental filings no later than

February 1, 2022. The Government shall serve a copy of the response on Defendant at his address of record as reflected in the Bureau of Prisons Inmate Locator. The Court will allow Defendant the opportunity to respond to the Government's supplemental brief, and Defendant shall submit his final brief on the pending motions to the Court after receiving and reviewing the Government's supplemental brief.

    IT IS SO ORDERED.

    Signed: January 20, 2022

    Frank D. Whitney
    United States District Judge