UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:95-CR-00005-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| MARC PIERRE HALL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on Defendant's Motions Requesting the Clerk to Docket Legal Notices (Doc. No. 1107) and Corrected Legal Notices (Doc. No. 1108). Defendant's materials were docketed as Doc. Nos. 1107 and 1108. With respect to the limited relief Defendant seeks through his motions—specifically, that the Clerk docket his materials—Defendant's Motions are **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant's Motions Requesting the Clerk to Docket Legal Notices, (Doc. Nos. 1107, 1108), are **GRANTED**.

**IT IS SO ORDERED.**

Signed: February 5, 2024

Frank D. Whitney
United States District Judge

1